The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES TRILLER, | |
| Plaintiffs, | No. 18-cv-1647-MJP |
| vs. | |
| KING COUNTY, JOHN URQUHART, | STIPULATION AND ORDER OF DISMISSAL |
| Defendants. | |

## A. **STIPULATION**

IT IS HEREBY STIPULATED between the plaintiffs and all defendants, parties to the above-entitled action that the same be dismissed without costs and attorney's fees to either party.

DATED this 17th day of July, 2019.

STIPULATION AND ORDER OF DISMISSAL - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: s/Allyson Zerba
ALLYSON K. ZERBA, WSBA #29369
Senior Deputy Prosecuting Attorney
Attorney for Defendants

s/ Noah Davis
NOAH DAVIS, WSBA #30939
Attorney for Plaintiff

B. ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby DISMISSED without costs or attorney's fees.

DONE IN OPEN COURT this 18th day of July, 2019.

Marsha J. Pechman
United States District Judge

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: s/Allyson Zerba

STIPULATION AND ORDER OF DISMISSAL - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

| | |
|---|---|
| 1 | ALLYSON K. ZERBA, WSBA #29369 |
| | Senior Deputy Prosecuting Attorney |
| 2 | Attorney for Defendant |
| | Copy received; approved as to form; |
| 3 | Notice of presentation waived: |
| 4 | |
| 5 | |
| 6 | s/ Noah Davis_____ |
| | NOAH DAVIS, WSBA #30939 |
| 7 | Attorney for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819